# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: DANILO A DE LOS SANTOS ABREU

Bkrtcy. No. 10-04448-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Petition Filing Date: | May 24, 2010 | Meeting Date | Oct 06, 2010 | DC Track No. | 9 |
| Days from petition date | 135 | Meeting Time | 1:00 PM | | |
| 910 Days before Petition | 11/26/2007 | ☐ Chapter 13 Plan Date | May 24, 2010 Dkt.# 2 | ☐ Amended. | |
| This is debtor(s) ___ | Bankruptcy petition. | Plan Base: | $13,800.00 | | |
| This is the ___ | Scheduled Meeting | Confirmation Hearing Date: | Oct 27, 2010 | Time: | 2:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | | Ck/MO No.   Date   Amount | | Total Paid In: | $920.00 |

### I. Appearances:
- ☒ Debtor Present
- ☒ ID & Soc. OK
- ☐ Debtor Absent
- ☐ Telephone ☐ Video Conference
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.
- ☐ Creditor(s) present: ☒ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **JOSE PRIETO CARBALLO***
Total Agreed: $3,000.00   Paid Pre-Petition: $176.00   Outstanding: $2,824.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;  ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.
- Liquidation Value: N/A
- Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: N/A
- The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
- ☒ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308] _____
- ☒ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
1) Debtor must provide sworn statement of average income in last 6 months
2) Debtor must register with TU Registry
3) Debtor must provide evidence of being up to date with post-petition DSO.
4) Debtor must state in Means Test average of income in 6-month prepetition period.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1   Date: Oct 06, 2010